UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              Case no:   **3:05-BK-02873-PMG**

**DAVID ALLEN RENEAU and**
**LISA JEANNE RENEAU**
                Debtors

_____

## REPORT OF STANDING TRUSTEE

    COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the Court that:

    1. Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total receipts were disbursed for the above named estate. All disbursement checks have cleared the trust account except payments to or intended for **VETERANS ADMINISTRATION, C/O COUNTRYWIDE HOME LOANS INC, 7105 CORPORATE DR   PTX-B-209, PLANO, TX  75024, a secured claimant.**

    2. More than 90 days have elapsed since the distribution of the final payment. Pursuant to 11 U.S.C. Section 347, a check in the amount of **$8,608.92**, has been forwarded to the Clerk of the Court, Tampa Division, 801 N. Florida Ave., Suite 727, Tampa, Florida 33602-3899 along with a copy of this report. The claimant entitled thereto is as shown above.

                                                  /s/ Douglas W. Neway
                                                  _____
                                                  Douglas W. Neway, Trustee
                                                  Post Office Box 4308
                                                  Jacksonville, Florida 32201
                                                  Phone: (904) 358-6465
                                                  Fax: (904) 634-0038