UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: ) Case No. 05-02873-PMG
)
David A. Reneau )
)
)
Debtor(s) )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is ✓ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: BAC Home Loans Servicing, LP FKA Counrtywide Home Loans Servicing, LP, pursuant to claim #4, has not yet received all payments to which it is entitled under the Plan.

 Name of Claimant: BAC Home Loans Sevicing, L.P., f/k/a Countrywide Home Loans Servicing, L.P.

 Mailing Address: Butler & Hosch, PA, 13800 Montfort Dr., Ste 300

 City: Dallas   State: Texas   Zip Code: 75240

 Telephone Number: Home: _____ Work: 972-233-2500 x 1354

 Last Four Digits of SS# or Tan ID Number: 94-1687665

 Amount of Claim: $20,433.39

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

/s/*Sean M. Affleck*, Esquire       03/07/2011

CLAIMANT'S SIGNATURE       DATE