UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                     Case No. 3:05-bk-02873-PMG
                                                                            Chapter 13

David Allen Reneau

Lisa Jeanne Reneau

_____Debtor(s)_____/

## ORDER DENYING MOTION FOR RELEASE OF UNCLAIMED FUNDS

    This case came on for consideration upon the Motion filed by Sean M. Affleck, Esquire on behalf of BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP , a creditor in the above captioned case on March 10, 2011 , for release of funds deposited with the United States Treasury as unclaimed dividends. The Court having reviewed the record finds that the motion fails to fulfill the requirements of 28 U.S.C section 2041 and the financial guidelines for the United States Bankrutpcy Court, Middle District of Florida.

    Accordingly, it is

ORDERED:

    The Motion for Release of Unclaimed Funds filed by claimant, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP and the same hereby is denied without prejudice.

Dated March 11, 2011.

Paul M. Glenn
Chief United States Bankruptcy Judge

The motion is denied for the following reason(s):

A personal representative of the claimant must file an original Power of Attorney with the motion. In the case of a corporation, a corporate power of attorney which is signed by an officer of the corporation, with a corporate seal and a statement of the signing officer's authority, as well as documents which establish the chain of ownership of the original corporate claimant.

A personal representative of the claimant must file an affidavit stating knowledge of state law requirements for being a personal representative.

A motion/application for funds that were purchased or were assigned the claim, or purchased assets of the business originally entitled to the unclaimed funds, must have documentation evidencing the transfer of the claim or proof of purchase/sale of the assets attached to the motion/application.


Copies furnished to:
Sean M. Affleck